IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRENNA Z. MILLER, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 00-RRA-3201-S |
| BIRMINGHAM HEALTHCARE and, ERICA MARINELLI, | ) |
| Defendants. | ) |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. No objections to report and recommendation have been filed. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE this 22nd day of March, 2005.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE